# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
FEB 21 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Danes
DEPUTY CLERK

| | |
|---|---|
| MICHAEL COLLIER,<br><br>　　　　　　*Plaintiff,*<br><br>v.<br><br>SCHOOL BOARD OF THE CITY OF CHARLOTTESVILLE,<br><br>and<br><br>RONALD HUTCHINSON,<br><br>　　　　　　*Defendants.* | CIVIL ACTION No. 3:04CV00038<br><br><br><br><br>ORDER<br><br><br><br><br>JUDGE NORMAN K. MOON |

　　This matter is before the Court on Defendants' motion for summary judgment. For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion is GRANTED. It is hereby ORDERED that this case shall be dismissed and stricken from the docket of this Court.

　　It is so ORDERED.

　　The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: _/s/ Norman K. Moon_
U.S. District Judge

_February 21, 2006_
Date